**Dismiss and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00576-CR

**ANGELA DAWN CLAMPITT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81729-2014**

# MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Angela Dawn Clampitt was convicted by a jury of abandoning or endangering a child. *See* TEX. PENAL CODE ANN. § 22.041(a), (b), (c), (d)(1) (West 2011). The trial court sentenced appellant to two years' confinement in a state jail facility on April 9, 2015. On June 22, 2015, the trial court granted appellant's motion for new trial.[1] The trial court's order granting appellant's motion for new trial returned the case to its original position and the judgment is no longer in place to appeal. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

---

[1] The State's appeal from the trial court's order granting the motion for new trial is docketed as 05-15-00901-CR, *The State of Texas v. Angela Dawn Clampitt*.

We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150576F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ANGELA DAWN CLAMPITT, Appellant

No. 05-15-00576-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-81729-2014.
Opinion delivered by Justice Lang,. Justices Bridges and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 29th day of July, 2015.